IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSBALDO PARRA,

        Plaintiff,                    No. 2:12-cv-1939 CKD P

    vs.

E. BRIDGNELL, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff has filed a document in which he asserts violations of his civil rights. However, the form used by plaintiff is the form-application for writ of habeas corpus used by state prisoners. Plaintiff will be provided the opportunity to file his complaint on the correct form. If plaintiff elects to amend his complaint, he must also submit an application requesting leave to proceed in forma pauperis or pay the $350 filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's complaint is dismissed;

        2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

        3. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint on the form provided to him by the Clerk. The amended complaint must

1

comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The amended complaint must bear the docket number assigned this case.

    4. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

    5. Plaintiff's failure to comply with this order will result in dismissal.

Dated: July 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] parr1939.noc